ALEXANDER L. EWING, Respondent, *v.* THE COMMERCIAL
TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA,
Appellant.

*Ewing* v. *Commercial Trav. Acc. Assn.*, 55 App. Div. 241, affirmed.
(Argued February 27, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

December 8, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*W. A. Matteson* and *M. W. Van Auken* for appellant.

*Joseph P. Eustace* and *A. C. Eustace* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: BARTLETT, J.